IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CORRY MENCY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                            CASE NO. 1D15-3988

DEPT. OF CORRECTIONS,

Respondent.

_____/

Opinion filed May 4, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Corry Mency, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        The petition for writ of certiorari is denied on the merits.

WOLF, WETHERELL, and KELSEY, JJ., CONCUR.